IN THE COURT OF APPEALS OF TENNESSEE
AT KNOXVILLE
September 14, 2009  Session

# CHRIS YOUSIF, d/b/a QUALITY MOTORS v. NOTRIAL CLARK and THE CIRCUIT COURT OF KNOX COUNTY

**Direct Appeal from the Circuit Court for Knox County**
**No. 1-565-07   Hon. Dale Workman, Judge**

_____

**No. E2008-02626-COA-R3-CV**  - FILED JANUARY 13, 2010
_____

John W. McClarty, J., dissenting.


I respectfully dissent.  Based upon the factual history present in this case, I would affirm the trial court's dismissal of the writ.

_____
JOHN W. McCLARTY, JUDGE